8071. McElroy *v.* Board of Drainage Commissioners.

Per Curiam. This case is substantially controlled by the decision in *Almand* v. *Board of Drainage Commissioners* ante, and where not so controlled, there is no merit in the assignments of error.

*Judgment affirmed. Wade, C. J., Jenkins and Luke, JJ., concur.*

Decided February 7, 1918.

Description and counsel as in case next preceding.

---

8477. Herring *v.* Southern States Phosphate and Fertilizer Company.

Bloodworth, J. 1. When considered in connection with the entire charge of the court, there is not, in the excerpts complained of in the motion for a new trial, sufficient error to authorize a reversal. Mere inaccuracies of expression, or slight errors which are not likely to obscure the meaning of the court or mislead the jury, will not authorize this court to set aside a verdict, where the charge is otherwise correct.

2. There was evidence to support the verdict, and the court properly refused a new trial.

*Judgment affirmed. Broyles, P. J., and Harwell, J., concur.*

Decided February 7, 1918.

Complaint; from city court of Bainbridge—Judge Spooner. January 29, 1917.

*T. S. Hawes,* for plaintiff in error.

*Hartsfield & Conger, William H. Fleming,* contra.